NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**BRAEMAR MANUFACTURING, LLC,**
*Appellant*

**v.**

**INFOBIONIC, INC.,**
*Appellee*

———————————

**2017-1728, 2017-1729**

———————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-01679, IPR2015-01688.

———————————

**JUDGMENT**

———————————

CHING-LEE FUKUDA, Sidley Austin LLP, New York, NY, argued for appellant. Also represented by BRADFORD J. BADKE; THOMAS ANTHONY BROUGHAN, III, ANNA MAYERGOYZ WEINBERG, Washington, DC.

GABRIEL BELL, Latham & Watkins LLP, Washington, DC argued for appellee. Also represented by MAXIMILIAN A. GRANT, JONATHAN M. STRANG; CHARLES SANDERS, Boston, MA.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, O'MALLEY, and STOLL, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


  May 8, 2018  　　　　/s/ Peter R. Marksteiner
   　　Date　　　　　　　　Peter R. Marksteiner
　　　　　　　　　　　　　Clerk of Court